IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TREMAINE DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> CURTIS WHITFIELD; and STANLEY WILLIAMS, <br><br> Defendants. | CIVIL ACTION NO.: 6:15-cv-60 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** this action and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The clerk of the Court is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 2nd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA